IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARGARET G. BLATMAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 16-4334 |
| THE LINCOLN NATIONAL LIFE | : | |
| INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 26th day of January, 2017, upon consideration of the representations of Plaintiff's counsel that the above-captioned matter has settled, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS** pursuant to Local Rule 41.1(b). The Clerk of Court is directed to **CLOSE** this case for statistical and all purposes.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. Darnell Jones, II   J.